UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. GUIDRY, II, <br>       Petitioner, <br>   v. <br> MATTHEW CATE, <br>       Respondent. | NO. SACV 12-1022-GHK (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 11/18/14

_____
GEORGE H. KING
United States District Judge